# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-3554
_____

Arthur J. Clemens, Jr.

*Plaintiff - Appellant*

v.

Local One Service Employees International Union; Tom Balanoff; Laura Garza; Nancy Cross

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: August 19, 2020
Filed: August 24, 2020
[Unpublished]

_____

Before ERICKSON, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

In this action against the Local One, Service Employees International Union and its agents, Arthur Clemens appeals after the district court[1] dismissed some of his claims, adversely granted summary judgment on his remaining claims, and denied his post-judgment motions. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. See Zink v. Lombardi, 783 F.3d 1089, 1098 (8th Cir. 2015) (en banc) (per curiam) (dismissal under Fed. R. Civ. P. 12(b)(6) is reviewed de novo); see also Banks v. John Deere & Co., 829 F.3d 661, 665 (8th Cir. 2016) (grant of summary judgment is reviewed de novo); IBEW, Local Union No. 545 v. Hope Elec. Corp., 293 F.3d 409, 415 (8th Cir. 2002) (denial of motion under Fed. R. Civ. P. 60(b) is reviewed for abuse of discretion). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Ronnie L. White, United States District Judge for the Eastern District of Missouri.